No. 771, Misc. ADAMS *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 772, Misc. COX *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Foley, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 776, Misc. KING *v.* O'ROURKE. C. A. 6th Cir. Certiorari denied.

No. 780, Misc. GAMBLE *v.* SMYTH, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 782, Misc. PINELLI *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.

No. 784, Misc. KINDLE *v.* ELLIS, CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied.

No. 787, Misc. MORRIS *v.* ROUSOS. C. A. 10th Cir. Certiorari denied.

No. 790, Misc. EPHRAIM *v.* RAGEN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 793, Misc. SHIN LEE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Foley, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.